IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN COLASURDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-CV-424-MJR-SCW |
| | ) | |
| NATHANIEL WARD, JEANETTE COWAN, KIMBERLY BUTLER, CAMERON WATSON, DARREN WHITLEY, SUSAN HILL, and SPILLER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

**REAGAN, Chief Judge:**

*Pro se* Plaintiff John Colasurdo filed suit pursuant to 42 U.S.C. § 1983 against Defendants alleging that they failed to protect him from a gang member while he was incarcerated at Menard Correctional Center. (Doc. 1). Defendants Kimberly Butler, Jeannette Cowan, Nathaniel Ward, and Cameron Watson filed a motion for summary judgment on the basis that Colasurdo failed to exhaust administrative remedies (Doc. 32), to which Colasurdo responded in opposition (Doc. 38). Magistrate Judge Stephen C. Williams held an evidentiary hearing on Defendants' motion on June 4, 2018, and later issued a report & recommendation (Doc. 67) recommending that the undersigned deny Defendants' motion. Colasurdo timely filed objections to the report & recommendation (Doc. 71). Defendants did not respond to his objections.

Timely objections having been filed, typically the Court undertakes *de novo* review of the portions of the report to which Plaintiff specifically objected. **28 U.S.C. §**

1

**636(b)(1); FED. R. CIV. P. 72(b); SDIL-LR 73.1(b).** The undersigned can accept, reject, or modify Magistrate Judge Williams' recommendations, receive further evidence, or recommit the matter with instructions. *Id.* Here, Magistrate Judge Williams recommended that the Court rule in Colasurdo's favor. Colasurdo's objections (Doc. 71) seek to clarify that certain documents relating to Defendants' Exhibit A are mismatched. He does not object to the outcome suggested or to a specific finding in the report & recommendation. Instead, he instead asks that the undersigned consider the correct order of pages and documents. The Court acknowledges Colasurdo's request and takes notice of the discrepancies; however, because Magistrate Judge Williams recommended that the undersigned rule in his favor, further review of Colasurdo's objections is unnecessary.

Accordingly, the undersigned **ADOPTS** in its entirety the report & recommendation submitted by Judge Williams (Doc. 67) and **DENIES** Defendants' motion for summary judgment (Doc. 32).

**IT IS SO ORDERED.**

**DATED:** June 26, 2018

*s/ Michael J. Reagan*
**MICHAEL J. REAGAN**
**Chief Judge**
**United States District Court**